■ ANN CICCHELLI, Appellant, v METROPOLITAN OPERA ASSOCIATION, INC., Respondent.—Order of the Supreme Court, Westchester County, entered May 25, 1984, affirmed, without costs or disbursements, for reasons stated by Justice Slifkin at Special Term. Gibbons, J. P., Bracken, Rubin and Kunzeman, JJ., concur.